# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-01163-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-01164-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-01165-ADA |
| | § | CIVIL ACTION 6:20-cv-01166-ADA |
| v. | § | CIVIL ACTION 6:20-cv-01167-ADA |
| | § | CIVIL ACTION 6:20-cv-01168-ADA |
| SALESFORCE.COM, INC., | § | CIVIL ACTION 6:20-cv-01169-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-01170-ADA |
| | § | CIVIL ACTION 6:20-cv-01171-ADA |
| | § | CIVIL ACTION 6:20-cv-01172-ADA |

## CASE READINESS STATUS REPORT

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant salesforce.com, inc. ("Salesforce") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

### FILINGS AND EXTENSIONS

Plaintiff WSOU filed a complaint in each of the above-numbered cases on December 18, 2020. There has been one extension for a total of 60 days.

### RESPONSES TO THE COMPLAINTS

In lieu of answering Plaintiff WSOU's ten Complaints, on May 6, 2021, Defendant Salesforce moved to dismiss Plaintiff's indirect infringement claims in all ten actions, including for failure to plead pre-suit knowledge of the patents-in-suit. Further, in the -1165 and -1167 actions, Defendant moved for dismissal of the Complaints based on patent ineligibility under 35 U.S.C. §101 and, in the -1163, Defendant moved to dismiss the Complaint in its entirety due to failure to state a claim.

## PENDING MOTIONS

On May 6, 2021, in each of the above-numbered cases, Defendant Salesforce filed a motion to dismiss pursuant to Rule 12(b)(6).

## RELATED CASES IN THIS JUDICIAL DISTRICT

The above-numbered cases were all filed by Plaintiff WSOU against Defendant Salesforce in this District.  There are no known related cases.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings with respect to the patents asserted in the above-numbered cases.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff WSOU has asserted one patent in each case.  Plaintiff WSOU has not yet identified the number of asserted claims, although it asserted one claim in each Complaint.  Plaintiff WSOU has not yet served its preliminary infringement contentions.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties are discussing whether appointment of a technical adviser would be beneficial and will so advise the Court in the coming weeks.

## MEET AND CONFER STATUS

Plaintiff WSOU and Defendant Salesforce conducted a meet & confer conference for the above-numbered cases on May 12, 2021.  The parties raise the following pre-*Markman* issues:

***Protective Order.***   The parties anticipate submitting a proposed form of protective/confidentiality order, or their limited disputes regarding such an order, in the coming weeks.

***License Defense.***  Salesforce intends to assert a case dispositive license defense. Salesforce intends to assert its license defense in all ten cases filed by WSOU, and expects the defense will dispose of all cases if successful. Because the defense has the potential to dispose of the cases before *Markman*, and may thereby result in a substantial conservation of the Court's and parties' resources, Salesforce requests leave to take targeted pre-*Markman* discovery regarding its defense. In particular, Salesforce requests leave to take pre-*Markman* discovery in the form of no more than 10 document requests, 5 interrogatories, and two depositions.

The parties currently have no other pre-*Markman* issues for discussion at the CMC.

Dated: May 26, 2021	Respectfully submitted,

By:	/s/ Ryan Loveless
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeffrey Huang
Brian M. Koide
**ETHERIDGE LAW GROUP, PLLC**
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jhuang@EtheridgeLaw.com
Brian@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

DATED: May 26, 2021        Respectfully submitted,

By     */s/ Kevin P.B. Johnson*
Scott L. Cole
scottcole@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
201 West 5th Street
11th Floor
Austin, TX 78701
Telephone: (737) 667-6104

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Todd Briggs
toddbriggs@quinnemanuel.com
Ray R. Zado
rayzado@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Sam Stake
samstake@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, Floor 22,
San Francisco CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant salesforce.com, inc.*